**In the Matter of Linda Gertrude ROBACK a/k/a Linda Roback McBride.**

**Petition for Reinstatement.**

**No. 26 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 9, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 9th day of December, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated October 13, 1999, the Petition for Reinstatement in granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner in directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.